# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number 1:21CR881 |
| ) | |
| Plaintiff, ) | Judge Benita Y. Pearson |
| ) | |
| v. ) | |
| ) | |
| JAVON JONATHAN SPENCER ) | **DEFENDANT JAVON JONATHAN** |
| ) | **SPENCER'S TRIAL BRIEF** |
| Defendant ) | |

Now comes the Defendant, Javon Jonathan Spencer, by and through his Attorney, James J. McDonnell, hereby submitting his Trial brief.

The Government alleges that someone contacted victims and falsely represented to certain victims that they won a lottery but first needed to pay upfront for any tax before they could receive their winnings. Someone directed the victims to mail a check or money order payable to the Defendant at his address. These checks were then deposited into the Defendant's bank account.

The Defendant contends that none of the victims will be able to identify the Defendant. Furthermore, at trial, the Defendant will explain why certain checks were deposited into his Huntington Bank account. The Defendant does not believe there will be any special evidentiary issues at trial.

    Respectfully submitted,

    /s/James J. McDonnell
    James J. McDonnell, Esq. (0005802)
    Attorney for Defendant,
    Javon Jonathan Spencer
    55 Public Square, Suite 2100
    Cleveland, Ohio 44113
    (216) 781-2125
    Email: jamesjmcdonnell@sbcglobal.net

CERTIFICATE OF SERVICE

A copy of the foregoing *Defendant Javon Jonathan Spencer's Trial Brief* was filed electronically on this 19th day of January, 2023 and served upon Brian McDonough, 801 West Superior Ave., Suite 400, Cleveland, Ohio 44113 and to the Court by hand delivery.

/s/James J. McDonnell
James J. McDonnell, Esq. (0005802)
Attorney for Defendant,
Javon Jonathan Spencer